1    IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

2    MICHAEL A. LETCHWORTH JR.
3    17511 Carthage Avenue
     Spring Hill, Florida 34610
4
     and
5
6    CHRISTINE LETCHWORTH
     17511 Carthage Avenue
7    Spring Hill, Florida 34610                     Case Number:

8            Plaintiffs,

9    vs.

10   LAWRENCE SHIN, M.D.
     2491 State Route 1124
11   Mayfield, Kentucky  42066

12           and

13   CHESAPEAKE SPINE, LLC
14   10705 Charter Drive
     Suite 430
15   Columbia, Maryland 21044

16           Serve On:
             Resident Agent
17           Lawrence Shin, M.D.
             53 Boone Trail
18           Severna Park, Maryland 21146

19           Defendants.

20

21

22                              **COMPLAINT**

23           Plaintiffs Michael A. Letchworth Jr. and Christine Letchworth, by and through

24   their attorney, David A. Harak and The Harak Law Firm, LLC sue the above-named

25   Defendants and in support thereof state the following:

26

**Complaint -** 1                              **THE HARAK LAW FIRM, LLC**
                                               1400 SOUTH CHARLES STREET
                                               BALTIMORE, MARYLAND  21230
                                               TEL: (410) 347-1272 / FAX: (410) 347-1274

**PARTIES**

1.  That Plaintiffs Michael A. Letchworth Jr. and Christine Letchworth are adult citizens of the State of Florida residing at 17511 Carthage Avenue, Spring Hill, Florida 34610.

2.  That Defendant Lawrence Shin, M.D. is a medical doctor licensed in the State of Maryland practicing orthopedics and holds himself out as a physician who provides treatment to people with spinal conditions.

3.  That Defendant Chesapeake Spine, LLC is a professional corporation that does business and provides health care services, organized and existing pursuant to the laws of the State of Maryland with its principal place of business listed with the Maryland State Department of Assessments and Taxation at 10705 Charter Drive, Suite 430, Columbia, Maryland 21044.

4.  That upon information and belief during the time in which each provided medical care to the Plaintiff, Defendant Lawrence Shin, M.D. was an agent, servant, and/or employee of Defendant Chesapeake Spine, LLC acting within the scope of his individual and respective employment and/or agency and to the direct benefit of Defendant Chesapeake Spine, LLC.

**JURISDICTION OF CLAIM AND VENUE**

5.  This Honorable Court has jurisdiction according to 28 U.S.C. § 1332 based upon complete diversity of citizenship of the parties to the causes of action, which are for an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) exclusive of pre-judgment and post-judgment interest, costs, and attorney fees.

6.  Venue lies in the United States District Court for the District of Maryland

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

Northern Division according to 28 U.S.C. § 1391 because it is the judicial district and division in which a substantial part of the events or omissions giving rise to the claim occurred.

## **FACTS**

7.  At all times mentioned herein, Plaintiff Michael Letchworth, Jr. was under the care of Defendant Lawrence Shin, M.D. and Defendant Chesapeake Spine, LLC, who performed multiple spinal procedures on him including a L4 to S1 interbody fusion in November of 2015 and an L3 to L4 lumbar interbody fusion with permanent placement of pedicle screws and an intervertebral spinal fusion cage on December 21, 2018.

8.  Plaintiff was seen and examined by Defendant Lawrence Shin, M.D. and Defendant Chesapeake Spine, LLC on February 17, 2019.

9.  During this visit x-rays that had been taken of Plaintiff Michael Letchworth, Jr. on February 7, 2019, were read by Defendant Lawrence Shin and clearly demonstrated that the interbody cage had moved posteriorly and was impinging on Plaintiff Michael Letchworth Jr.'s spinal canal.

10.  On March 21, 2019, Defendant Dr. Shin read the plain films and documented that the interbody cage he had surgically placed in Plaintiff Michael Letchworth, Jr. on December 21, 2018, had have moved further into Plaintiff Michael Letchworth Jr.'s spinal canal.

11.  Despite having knowledge of the unstable spinal construct, Dr. Shin provided Plaintiff Michael Letchworth Jr.'s offered no treatment.

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

12.  In approximately July of 2019, while in Florida, Plaintiff Michael Letchworth, Jr. developed left foot drop for which he sought medical attention.

13.  An MRI done on August 1, 2019, documented significant thecal sac impingement by the L3- L4 interbody fusion cage that had been surgically implanted by Defendant Lawrence Shin, M.D. and Defendant Chesapeake Spine, LLC on December 21, 2018.

14.  On August 7, 2019, in Tampa, Florida, Dr. Mark Greenberg, M.D. performed as surgery on Plaintiff Michael Letchworth, Jr. to remove the entire L3 to S1 spinal construct that Defendant Lawrence Shin, M.D. and Defendant Chesapeake Spine, LLC had previously placed in him on December 21, 2018.

15.  During the same surgery Dr. Mark Greenberg performed a new L2 to S1 posterior fusion with replacement of the L3-L4 interbody fusion cage.

### COUNT I
**Plaintiff Michael A. Letchworth Jr.**
**(Medical Negligence -  *Defendant Lawrence Shin, M.D.)***

16.  Plaintiff Michael A. Letchworth, Jr. individually realleges and incorporates by reference paragraphs one through fifteen into this count as though fully set forth herein, and further alleges that at all times of which he complains, Defendant Lawrence Shin, M.D. was and is licensed to practice medicine in the State of Maryland and represented to the public and the Plaintiff possession of that degree of skill, knowledge and ability ordinarily possessed by reasonably competent medical doctors practicing in the medical specialty of orthopedics, spinal care and spinal surgery.

**Complaint -** 4

THE HARAK LAW FIRM, LLC
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

17.   Defendant Lawrence Shin, M.D. owed a duty to Plaintiff Michael A. Letchworth Jr. to provide treatment in accordance with the standard of care and in doing so exercise the degree of care, skill and judgment ordinarily expected of a reasonably competent medical doctor of the same or similar specialty acting in the same or similar circumstances; that duty included properly monitoring, attending to, informing, warning, examining, diagnosing, treating, operating upon, referring, consulting upon and administering to patients who might submit to his care and professional treatment.

18.   Defendants Dr. Lawrence Shin, M.D. and Chesapeake Spine, LLC breached the applicable standard of care in his treatment of Plaintiff Michael Letchworth, Jr. by failing to adequately document in the medical record the progressively worsening posterior movement of the lumbar interbody fusion cage he had implanted in Plaintiff Michael Letchworth, Jr. on December 21, 2018.

19.   Defendants Lawrence Shin, M.D. and Chesapeake Spine, LLC further breached the applicable standard of care by failing to inform Plaintiff Michael Letchworth, Jr. at multiple follow up visits of the clinical significance and potential danger of the progressively worsening posterior movement of the lumbar interbody fusion cage that Defendant Dr. Lawrence Shin had implanted into Plaintiff Michael Letchworth, Jr.

20.   Defendants Lawrence Shin, M.D. and Chesapeake Spine, LLC breached the applicable standard of care by failing to provide timely and adequate treatment to Plaintiff Michael Letchworth, Jr. for the unstable lumbar interbody fusion cage, in the

**Complaint -** 5

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

form of either surgical revision or immediate referral to another spine surgeon for surgical revision.

21.  Defendants Dr. Lawrence Shin, M.D. and Chesapeake Spine, LLC above breaches of the standard of care were a proximate cause of Plaintiff Michael Letchworth, Jr.'s permanent neurologic injury, which to a reasonable degree of medical certainty, would have been avoidable had Plaintiff Michael Letchworth, Jr. been timely and adequately treated in accordance with the applicable standard of care.

22.  Plaintiff Michael A. Letchworth Jr. avers and alleges that all of the injuries, damages and losses claimed herein were directly the result of the medical negligence, carelessness, and unskillfulness of Defendant Lawrence Shin, M.D. who 1) did not conduct himself in a competent and skillful manner; 2) failed to exercise the degree of skill and care necessary under the circumstances; 3) departed from generally accepted medical practices and procedures; and 4) was otherwise careless, reckless and negligent.

WHEREFORE, the Plaintiffs demand judgment in their favor and against Defendant Lawrence Shin, M.D. in the amount of Three Million Dollars ($3,000,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

**Complaint -** 6

**COUNT II**
**Plaintiff Michael A. Letchworth Jr.**
**(Imputed Negligence/Respondeat Superior-**
***Defendant Chesapeake Spine, LLC*)**

23.  Plaintiff Michael A. Letchworth Jr. individually realleges and incorporates by reference paragraphs one through twenty-two into this count as though fully set forth herein, and further alleges that at all times of which he complains that while rendering care to him, Defendant Chesapeake Spine, LLC and its employees and agents that treated him while he was under their care, including Defendant Lawrence Shin, M.D. was acting as an agent, servant, and/or employee and to the benefit and furtherance of the interests of his principal and/or employer Defendant Chesapeake Spine, LLC.

24.  As the principal and/or employer of Defendants Lawrence Shin, M.D., who treated the Plaintiff while he was under his care, Defendant Chesapeake Spine, LLC is responsible for all negligent acts committed by him in the performance of his agency and/or within the scope of his employment as well as the injuries and damages that the Plaintiff Michael A. Letchworth Jr. sustained as a direct and proximate result of these negligent acts.

WHEREFORE, the Plaintiffs demand judgment in their favor and against Defendant Chesapeake Spine, LLC in the amount of Three Million Dollars ($3,000,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

**COUNT III**
**Plaintiff Michael A. Letchworth Jr.**
**(Breach of the Duty to Obtain Informed Consent-**
***Defendant Lawrence Shin, M.D.)***

25.   Plaintiff Michael A. Letchworth Jr. incorporates by reference paragraphs one through twenty one into this count as though fully set forth herein, and further alleges that at all times of which he complains, Defendant Lawrence Shin, M.D. had a duty to obtain Plaintiff Michael A. Letchworth Jr.'s informed consent.  This duty required Defendant Lawrence Shin, M.D. to provide all material information concerning the material risk associated with Defendant Lawrence Shin's plan of care given the movement and instability of the interbody cage and the dangers that would likely occur if not surgically addressed in a timely fashion.

26.   Defendant Lawrence Shin, M.D. breached the duty to obtain informed consent because he failed to explain to Plaintiff Michael A. Letchworth Jr. the material risks and and consequences of his decision to monitor Plaintiff Michael Letchworth's condition rather than providing treatment and/or referring Plaintiff Michael A. Letchworth Jr. to another surgeon to address the movement and instability of the interbody cage.

27.   Defendant Lawrence Shin, M.D. breached the duty to obtain informed consent by failing to explain the alternatives to the treatment contemplated by Defendant Lawrence Shin, M.D.

28.   Defendant Lawrence Shin, M.D. failed to obtain informed consent in other respects as well.

**Complaint -** 8

29.  Defendant Lawrence Shin, M.D.'s failure to obtain informed consent was a proximate cause of the Plaintiff Michael A. Letchworth, Jr.'s injuries and damages, which are fully incorporated herein by reference.

WHEREFORE, the Plaintiffs demand judgment in their favor and against Defendant Lawrence Shin, M.D. in the amount of Three Million Dollars ($3,000,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

**COUNT IV**
Plaintiffs Michael A. Letchworth, Jr. and Christine Letchworth
**(Loss of Consortium – Defendants
Lawrence Shin, M.D. and *Chesapeake Spine, LLC*)**

30.   Plaintiffs Michael A. Letchworth, Jr. and Christine Letchworth individually reallege and incorporate by reference paragraphs one through twenty-nine into this count as though fully set forth herein, and further allege that at all times material herein Plaintiffs Michael A. Letchworth, Jr. and Christine Letchworth were and are husband and wife.

31.   Plaintiffs Michael A. Letchworth, Jr. and Christine Letchworth allege that they have suffered injury to and interference with their marital relationship and a loss of consortium due to the personal injuries Plaintiffs Michael A. Letchworth, Jr. sustained as a proximate cause and result of the negligence of the Defendants named in Counts I, II, and III, which are fully incorporated herein by reference.

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274

WHEREFORE, the Plaintiffs demand judgment in their favor and against Defendant Lawrence Shin, M.D. and Defendant Chesapeake Spine, LLC in the amount of Three Million Dollars ($3,000,000.00) plus interest, costs and such other and further relief as this Honorable Court deems proper.

Respectfully Submitted,

**THE HARAK LAW FIRM, LLC**

_____
David A. Harak, Esquire, Bar # 13803
CPF: 9712170030
1400 South Charles Street
Baltimore, Maryland  21230
Tel:  410.347.1272
Fax:  410.347.1274
David@HarakLaw.com
*Attorney for the Plaintiffs*

### ELECTION FOR JURY TRIAL

Plaintiffs hereby elect for trial by Jury.

**THE HARAK LAW FIRM, LLC**

_____
David A. Harak, Esquire

**THE HARAK LAW FIRM, LLC**
1400 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21230
TEL: (410) 347-1272 / FAX: (410) 347-1274